UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:11-CR-32-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LOREN F. HAMLIN ) | |

UPON MOTION by the Defendant, Loren F. Hamlin, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry 63 be sealed.

This the _3_ day of _May_, 2015.

JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE