UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Loren F. Hamlin**                                    Docket No. 2:11-CR-32-1D

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Loren F. Hamlin, who, upon an earlier plea of guilty to Attempted Bank Fraud in violation of 18 U.S.C. § 1349, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 8, 2013, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Loren F. Hamlin was released from custody on December 5, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Upon the commencement of supervision, the defendant was assessed to be low risk and was subsequently placed in the Low Intensity Supervision Program on August 30, 2017. Hamlin has maintained suitable employment and remained in compliance with his terms of supervised release. The defendant has requested authorization for relocation to St. George, Utah, to accept a new employment opportunity. The probation office in the District of Utah indicates supervision will likely be accepted. However, in light of the current restitution balance of $12,008,326.00, acceptance is contingent upon addition of the proposed financial conditions noted below. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You must inform any employer or prospective employer of the current conviction and supervision status.

2. You must not be involved in any fiduciary capacity or any position allowing access to credit or personal information of others, unless the third party is fully aware of the offense of your conviction and the U.S. Probation Office approves.

3. You must not maintain more than one personal and/or business checking/savings account and shall not open, maintain, be a signatory on, or otherwise use any other financial institution account without the prior approval of the U.S. Probation Office.

4. You must not transfer, sell, give away, or otherwise convey any asset with a value of $500.00 or more without the approval of the U.S. Probation Office.

5. You must not be employed by, affiliated with, own or control, or otherwise participate directly or indirectly in the business of Financial Institution or Banks insured by the FDIC without the approval of the U.S. Probation Office.

6. You must apply all monies received from income tax refunds, lottery winnings, judgments, and/or anticipated or unexpected financial gains to the outstanding Court-ordered financial obligations. You must immediately notify the probation officer of the receipt of any indicated monies.

Loren F. Hamlin
Docket No. 2:11-CR-32-1D
Petition For Action
Page 2

7. You must be placed on the Statefinder and Treasury Offset programs, requiring any state and federal tax refunds be intercepted for purposes of Court-ordered financial obligations.

8. You must notify the U.S. Probation Office and the Office of the United States Attorney of any material change in your economic circumstances that might affect your ability to pay Court-ordered financial obligations. You must also notify the U.S. Probation Office and the Office of the United States Attorney of any loss of employment, or increase or decrease in income.

9. You must liquidate assets as directed by the U.S. Probation Office. The proceeds from these assets shall be turned over to the Clerk of the Court to be applied to restitution.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: June 26, 2018

### ORDER OF THE COURT

Considered and ordered this __2__ day of __July__, 2018, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge